
FILED
MAY - 1 2015
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| LAURA HETU,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, and AMY LANE and JOHN DOES 1-10,<br><br>Defendants. | CV 14-115-BLG-SPW<br><br>OPINION and ORDER |

Before the Court are United States Magistrate Judge Carolyn Ostby's Findings and Recommendations filed on April 6, 2015. In the Findings and Recommendations, Judge Ostby recommends that this Court grant Defendant Charter Communications, LLC's ("Charter") motion for partial dismissal (doc. 15) and grant Defendant Amy Lane's motion to dismiss (doc. 27) in part and deny it in part.

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Ostby's Findings and Recommendations. No objections were filed. When neither party objects, this Court must still review Judge Ostby's conclusions for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has

1

SCANNED

been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Ostby committed clear error.

Accordingly, IT IS HEREBY ORDERED:

1. Judge Ostby's Findings and Recommendations (Doc. 33) are ADOPTED IN FULL.

2. Defendant Charter's Motion for Partial Dismissal (Doc. 15) is GRANTED, and Counts 1, 2, 3, and 5 against Charter are dismissed.

3. Defendant Lane's Motion to Dismiss (Doc. 15, 27) is GRANTED with respect to Counts 1, 2, 3, and 5 and DENIED with respect to Count 4.

DATED this 1st day of May 2015.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge